ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:46:13 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00375-CV**

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:46:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

**LOST CREEK VENTURES LLC D/B/A HAPPY BULLDOG
MANAGEMENT, STEPHAN EPSTEIN AND MARILYN ROTH EPSTEIN,**
*Appellants,*

**v.**

**ALAN PILGRIM,**
*Appellee.*

_____

**NOTICE OF APPEARANCE OF LEAD APPELLATE COUNSEL**

_____

Appellee, Alan Pilgrim, respectfully submits this Notice of Appearance of Lead

Appellate Counsel in this matter and requests that copies of all pleadings and notices

be sent to the attention of:

> Lisa Bowlin Hobbs
> KUHN HOBBS PLLC
> 3307 Northland Drive, Suite 310
> Austin, Texas 78731
> (512) 476-6003
> (512) 476-6002 (fax)
> lisa@kuhnhobbs.com

1

Ms. Hobbs is the lead attorney for Mr. Pilgrim, replacing his trial counsel, Jason Snell, whose signature appears below in compliance with Texas Rule of Appellate Procedure 6(c).

Date: August 11, 2015    Respectfully submitted,

   /s/ Lisa Bowlin Hobbs 
Lisa Bowlin Hobbs
 State Bar No. 24026905
Kurt Kuhn
 State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@KuhnHobbs.com

*Attorneys for Appellee, Alan Pilgrim*

**AGREED TO:**

  /s/ Jason W. Snell  
Jason W. Snell
 State Bar No. 24013540
THE SNELL LAW FIRM, P.L.L.C.
The Littlefield Building
106 E. 6th Street, Suite 330
Austin, TX 78701
(512) 477-5291
(512) 477-5294 (fax)
firm@snellfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2015, a true and correct copy of this notice was served on the following parties and counsel via e-Service:

Tracy J. Willi
Willi Law Firm, PC
100 Congress Avenue, Suite 1530
Austin, TX  78701-2717

James A. Reed, Esq.
LAW OFFICES OF JAMES A. REED, P.C.
4131 Spicewood Springs Rd., Bldg. G-2
Austin, TX  78759

*Attorneys for Appellants*

Jason W. Snell
The Snell Law Firm, P.L.L.C.
The Littlefield Building
106 E. 6th Street, Suite 330
Austin, TX 78701

*Trial Attorney for Appellee*

/s/ Lisa Bowlin Hobbs

Lisa Bowlin Hobbs